No. 94–6590. BANDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6592. WELCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6596. SANCHEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6598. EDELSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6600. GREEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6603. CHONG IN KIM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6604. HUGHES, AKA WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6606. JEFFERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6609. CAMARGO-VERGARA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6611. ARCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6616. PABLO TURRUELLAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6625. STRICKLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6629. BAKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6631. TRACY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6632. TODD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6635. WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.